# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CRYSTAL M.H.,

                Plaintiff,                              23 **CIVIL** 3142 (GRJ)

   -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Decision & Order dated May 03, 2024, Plaintiff's Motion for Summary Judgment, which the Court construes as a Motion for Judgment on the Pleadings (Docket No. 9) is GRANTED, and this case is remanded for further proceedings consistent with this Decision and Order.

**Dated:**  New York, New York
           May 03, 2024

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                           **BY:**

                                                                     **Deputy Clerk**